■ The People of the State of New York, Respondent, v Leon Gant, Appellant. [738 NYS2d 276] —Appeal from a judg-

ment of Erie County Court (D'Amico, J.), rendered September 7, 1999, convicting defendant upon his plea of guilty of, inter alia, sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733, 737). Present—Pine, J.P., Wisner, Hurlbutt, Kehoe and Burns, JJ.